UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JEANIE PEREZ MASANGCAY,

          Plaintiff,

– against –

OKSANA KAMENETSKAYA and
BAHRUZ BALAYEV,

          Defendants.

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

1:18-cv-03666-BMC

---

    It is hereby stipulated and agreed, by and between the undersigned attorneys for the parties, that Plaintiff's Complaint, and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The Court will maintain jurisdiction until payments under the Settlement Agreement have been completed.

Date: New York, New York
June ~~May~~ 12, 2019

THE LEGAL AID SOCIETY
Janet E. Sabel, Attorney-in-Chief
Adrienne Holder, Attorney-in-Charge,
Civil Practice
Karen Cacace, Director, Employment Law Unit
Heidi Cain, Of Counsel
199 Water Street, 3rd Floor
New York, New York 10038
hlcain@legal-aid.org
Telephone: (212) 577-3589

FRESHFIELDS BRUCKHAUS DERINGER US LLP
Weronika Bukowski (weronika.bukowski@freshfields.com)
Emmeline Chen (emmeline.chen@freshfields.com)
Linda H. Martin (linda.martin@freshfields.com)
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000

Attorneys for Plaintiff

MCLAUGHLIN & STERN, LLP
Jonathan R. Jeremias
260 Madison Avenue
New York, NY 10016
jjeremias@mclaughlinstern.com
Telephone: (212) 448-1100

Attorneys for Defendants